UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEONOR CHAVEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-12-CV-281 |
| | § | |
| HILTON MANAGEMENT, L.L.C., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING MOTION TO WITHDRAW ITS MOTION TO DESIGNATE RESPONSIBLE THIRD PARTY

On this day, the Court considered Defendant Steve Beyer Production, Inc's Motion to Withdraw its Motion to Designate Walden Media as a responsible third party, and the Court having considered the Motion, is of the opinion that is should be GRANTED; it is therefore

ORDERED that Defendant Steve Beyer Production, Inc.'s Motion to Withdraw its Motion to Designate Walden Media as a responsible third party is hereby **GRANTED**.

SIGNED at Houston, Texas, this 19th day of October, 2012.

_George C. Hanks Jr._
George C. Hanks Jr.
United States Magistrate Judge